**FILED**
December 14, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>SAUL RODRIGUEZ-RIVAS, )<br>)<br>Defendant. ) | Case No. MAG. 07-0385-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release SAUL RODRIGUEZ-RIVAS, Case No. MAG. 07-0385-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   **X**   Release on Personal Recognizance

   ___   Bail Posted in the Sum of $

       ___   Unsecured Appearance Bond - Interim

       ___   Appearance Bond with 10% Deposit

       ___   Appearance Bond with Surety

       ___   (Other) Conditions as stated on the record.

   **X**   (Other) The matter was dismissed upon the motion by Government made on the record

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 12/14/07 at 2:43 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge

FILED
DEC 14 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK