McGREGOR W. SCOTT
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I St., Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) <br> ) <br> Plaintiff,   ) <br> ) <br> v.                  ) <br> ) <br> SAUL RODRIGUEZ-RIVAS,                 ) <br> ) <br> Defendant.   ) <br> _____) | No. 07-mj-0385 EFB <br><br> MOTION TO DISMISS COMPLAINT <br> and ORDER |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, Plaintiff, United States of America, by and through its undersigned attorney, asks the Court to dismiss the complaint against Saul Rodriguez-Rivas, filed on December 12, 2007, in No. 07-mj-0385 EFB.

                                                Respectfully Submitted,

                                                McGREGOR W. SCOTT
                                                United States Attorney

DATED: December 14, 2007          By:*/s/ Kyle Reardon*
                                                   KYLE REARDON
                                                   Assistant U.S. Attorney

APPROVED AND SO ORDERED:

DATED: December 17, 2007.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE